

**NUMBERS 13-14-00521-CR**

# COURT OF APPEALS

# THIRTEEN DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**MAGDALENA ORTIZ,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

---

### On appeal from the 94th District Court
### of Nueces County, Texas

---

# ORDER ABATING APPEAL

### Before Chief Justice Valdez and Justices Rodriguez and Garza
### Per Curiam

This cause is before the Court on the record and appellant's unopposed motion for extension of time to file brief and motion to abate the appeal. The clerk's record does not contain a written order extending appellant's period of community supervision. Appellant requests this appeal be abated to permit the parties to determine if an order

was ever signed by the trial court and filed with the district clerk.

The Court, having examined and fully considered the documents on file and the unopposed motion to abate, is of the opinion that the motion to abate the appeal should be granted.   The motion to abate the appeal is GRANTED and this appeal is ordered ABATED until February 27, 2015 or until further order of this Court.   Appellant's motion to extend the briefing deadline is, accordingly, DISMISSED AS MOOT.

PER CURIAM

Do not publish.
Tex. R. App. P. 47.2(b).

Delivered and filed the
6th day of February, 2015.